No. 41328.—Protests 838037–G, etc., of Weill & Hartmann (New York).

Opinion by McClelland, P. J.   In accordance with stipulation of counsel bridge table paper weights, plated with silver, were held dutiable as household utensils at 50 percent under paragraph 339 as claimed.   *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20) cited.

No. 41329.—Protests 778820–G, etc., of Strauss Bros. & Co. (New York).

Opinion by McClelland, P. J.   In accordance with stipulation of counsel bridge table paper weights, plated with silver, were held dutiable as household utensils at 50 percent under paragraph 339 as claimed.   *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20) cited.

No. 41330.—Protest 729063–G of Blanchard Lumber Co. (New York).

Opinion by McClelland, P. J.   In accordance with stipulation of counsel and on the authority of *Myers* v. *United States* (T. D. 49530) it was held that the tax or duty in question should have been taken only on the actual number of board feet imported and the protest was sustained.

No. 41331.—Protests 716479–G, etc., of Christy-Meany Lumber Co. (New York).

Opinion by McClelland, P. J.   In accordance with stipulation of counsel and on the authority of *Myers* v. *United States* (T. D. 49530) it was held that the tax or duty in question should have been taken only on the actual number of board feet imported and the protests were sustained.

No. 41332.—Protests 649199–G, etc., of Davis Hardwood Co. et al. (San Francisco).

Opinion by McClelland, P. J.   In accordance with stipulation of counsel and on the authority of *Laurence Phillips* v. *United States* (T. D. 49624) the protests were sustained.

No. 41333.—Protests 655304–G, etc., of Laurence Phillips Lumber Co. et al. (Los Angeles).

Opinion by McClelland, P. J.   In accordance with stipulation of counsel and on the authority of *Laurence Phillips* v. *United States* (T. D. 49624) and *United States* v. *Myers* (24 C. C. P. A. 156, T. D. 48640) the protests were sustained.

BEFORE THE SECOND DIVISION, MAY 16, 1939

No. 41334.—Protest 841967–G of W. X. Huber Co. (Los Angeles).